664 A.2d 494

IN THE MATTER OF WILFRED J. KILLIAN,
AN ATTORNEY AT LAW.

September 27, 1995.

**ORDER**

The Office of Attorney Ethics having filed a petition with the Supreme Court recommending that **WILFRED J. KILLIAN** of **LANCASTER, CALIFORNIA,** who was admitted to the bar of this State in 1989, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **WILFRED J. KILLIAN** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that **WILFRED J. KILLIAN** be restrained and enjoined from practicing law during the period of his suspension

and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.